IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 09-cr-00066-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARGARITA CADENAS,

 Defendant.

## MINUTE ORDER[1]

On **October 15, 2010**, commencing at 3:30 p.m., the court shall conduct a supervised release violation hearing in this matter. The court reserves one (1) hour for this hearing.

 Dated: July 28, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.