**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00066-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARGARITA CADENAS,

 Defendant.

---

**MINUTE ORDER**[1]

---

 At the oral request of the parties, the supervised release violation hearing previously set for October 15, 2010, is **VACATED** and is **CONTINUED** to **November 22, 2010**, at 2:30 p.m. The court reserves the remainder of the afternoon for this hearing.

 Dated: October 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.